SOFIE NILSEN and ELIAS NILSEN, Appellants, v. CAESAR MIGLIORI, Defendant, and FULLER BRUSH COMPANY, Respondent.— In an action by the plaintiffs, husband and wife, against defendant Fuller Brush Company, the action having been severed as against defendant Caesar Migliori, to recover damages resulting from an assault upon plaintiff wife by defendant Migliori while the latter was in the employment of defendant Fuller Brush Company, judgment for respondent in accordance with the dismissal of the complaint on the merits at the close of the plaintiffs' case unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

PARAGON OIL COMPANY, INC., Respondent, v. MICHAEL CASHAL, as President, and JAMES J. DAWSON, as Secretary of Coal, Gasoline & Fuel Oil Teamsters, Chauffeurs & Helpers Union, Local 553, Appellants.— Order granting injunction *pendente lite* modified on the law and the facts by striking therefrom items (c), (d), (h), (l), (n), (o), (p) and (q) and, as so modified, affirmed, without costs, on condition that plaintiff proceed to trial on two days' notice after service of an answer. The relief granted was broader than warranted by the affidavits in support of the motion. Order denying appellants' motion to dismiss the complaint upon the ground that a labor dispute is involved and that the complaint fails to conform to the requirements of section 876-a of the Civil Practice Act, affirmed, without costs, with leave to defendants to answer within ten days from the entry of the order hereon. *Prima facie* on the submitted papers there is no labor dispute between plaintiff and defendants. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MARRA, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond], convicting the defendant of the crime of bookmaking (Penal Law, § 986), unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

LINDA ROSSI and PERCY ROSSI, Appellants, v. METROPOLITAN DISTRIBUTORS, INC., and Another, Defendants. BERNARD SCHWARTZ, Attorney, Respondent.— Appeal withdrawn, pursuant to stipulation, without costs. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

JOSEPHINE M. SMITH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries suffered by a passenger in defendant's subway train as a consequence of a fall caused by the sudden stopping of the train. Judgment for plaintiff reversed on the facts and a new trial granted, with costs to abide the event. The finding that defendant was negligent in connection with bringing the train to a sudden stop was against the overwhelming weight of evidence. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

CHARLES C. WINSTON and MARGARET J. WINSTON, Respondents, v. THE MECHANICS AND FARMERS SAVINGS BANK OF ALBANY, Appellant.— Action to recover damages for fraudulent concealment and misrepresentation by defendant on the sale of real property to plaintiffs. Order denying the defendant's motion to dismiss the amended complaint and for summary judgment in favor of the defendant and against the plaintiffs, pursuant to rule 113 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.